**JOHN E. LAWLOR, ESQ.**
Attorneys for Defendant
Patrick J. Primavera
129 Third Street
Mineola, N.Y. 11501
(516) 248-7700 (ph)
(516) 742-7675 (fax)
JLawlor@johnelawlor.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT D. PRESS,

                        Plaintiff,         Index No. 21-cv-10971 (VM)

       -against-                **DECLARATION OF
                                                   JOHN E. LAWLOR IN**
PATRICK J. PRIMAVERA,           **SUPPORT OF MOTION
                                                   TO DISMISS**
                      Defendant.
-----------------------------------------------------------------X

      **JOHN E. LAWLOR,** an attorney-at-law admitted to practice in the Courts of the State of New York and in this Court, declares the following under the penalties of perjury pursuant to 28 U.S.C.§ 1746:

1. I am the attorney for the Defendant Patrick J. Primavera in this matter.

2. Annexed hereto as Exhibit A is a true and correct copy of the Complaint for Injunctive and Other Relief in the matter of <u>Securities and Exchange Commission v. TCA Fund Management Group Corp., et al.</u>, Index No 20-cv-21964 filed in the U.S. District Court for the Southern District of Florida available at https://ecf.flsd.uscourts.gov/doc1/051022079449.

3. Annexed hereto as Exhibit B is a true and correct copy of the Order Instituting Administrative and Cease-And Desist Proceedings <u>In the Matter of Robert D. Press,</u>

Respondent, Administrative Proceeding File No. 3-20610, available at

https://www.sec.gov/whistleblower/award-claim/award-claim-2021-121-0.

Dated: Mineola, N.Y.
      August 31, 2022

                                                  John E. Lawlor, Esq.

TO:    Jeffrey Ephraim Glatt, Esq. (via ECF)
         Sondra Denise Grigsby, Esq. (via ECF)
         Marc E. Kasowitz, Esq. (via ECF)
         Albert Shemtov Mishaan, Esq. (via ECF)