UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT D. PRESS,

                               Plaintiff,                    Index No. 21-v-10971 (VM)

      -against-                                      **DECLARATION OF PATRICK J. PRIMAVERA IN SUPPORT OF MOTION TO DISMISS**

PATRICK J. PRIMAVERA,

                               Defendant.
-------------------------------------------------------------------X

       **PATRICK J. PRIMAVERA,** declares the following under the penalties of perjury pursuant to 28 U.S.C.§ 1746:

1. I am the Defendant in this action.

2. Annexed hereto as Exhibit A and bates-stamped PRIMAVERA MTD 000001-PRIMAVERA MTD 000024 are true and correct copies of redacted e-mails between my attorney Jon A. Jacobson and SEC Attorneys Chang and Nicoleau relative to the SEC's investigation of the Plaintiff in this matter.

Dated: August 30, 2022

                                                                         _/s/ Patrick J. Primavera_
                                                                       Patrick J. Primavera